UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHARON MADER, | CASE NO. 2:24-cv-898 |
| Plaintiff, | ORDER |
| v. | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | |
| Defendants. | |

On July 20, 2024, Defendant The Lincoln National Life Insurance Company filed an unopposed motion to extend its deadline to file a responsive pleading. Dkt. No. 5. The Court reminds the parties to review its Chambers Procedures, available at https://www.wawd.uscourts.gov/judges/whitehead-procedures. In relevant part, the procedures state, "Parties may agree to extend the time for a defendant to answer or otherwise respond to a complaint. So long as the parties agree to an extension, there's no need to file a stipulation with the Court." *See* Chambers Procedures – Civil, 5.3 Extending Deadline to Answer.

Although the parties' motion is unnecessary per the Court's Chambers Procedures for Civil Cases, the Court GRANTS the motion nevertheless. Dkt. No. 5.

ORDER - 1

1  The Lincoln National Life Insurance Company's responsive pleading deadline is

2  extended to August 21, 2024.

3  Dated this 22nd day of July, 2024.

Jamal N. Whitehead
United States District Judge

ORDER - 2